PS 8

(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A.  vs. Joseph Allen Pappenfus          Docket No. 0864 0:22CR00336-010(DWF)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Steven H. Blanding, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Joseph Allen Pappenfus** who was placed under pretrial supervision by the Honorable John F. Docherty, sitting in the Court at St. Paul on the 7th day of August, 2024, under the following special conditions:

- Pretrial Services Supervision
- Travel Restrictions
- No Contact with Victim/Witness
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- Report police contact
- Contact pretrial services within 72 hours of release

On January 17, 2025, Joseph Allen Pappenfus appeared before Your Honor and plead guilty to Possession with the Intent to Distribute 50 Grams or More of Actual Methamphetamines in violation of U.S.C. §§841(a)(1) and 841(b)(1)(A).  He was released on bond under the same terms and conditions as previously imposed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The below actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3142.

The defendant must not violate any federal, state or local law while on release.

Pappenfus has been charged with Felony Threats of Violence – Reckless Disregard Risk in Stearns County Court, Case No. 73-CR-25-681.

PRAYING THAT THE COURT WILL ORDER:

That the Court modify Pappenfus conditions of release to include

- Remain at his residence during prescribed times in accordance with components of curfew. Curfew: You are restricted to your residence every day from 9:00pm to 6:00am, or as directed by the supervising officer.
- Submit to the following location monitoring technology, as directed by the supervising officer and comply with all program requirements and instructions provided.
    - Radio Frequency (RF)

ORDER OF THE COURT

Considered and ordered this __11th__ day of __February__, 2025, and ordered filed and made a part of the records in the above case.

s/Donovan W. Frank
Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Steve H. Blanding
Steven H. Blanding
Senior U.S. Probation Officer
651-848-1263

Executed on   February 11, 2025

Place   St. Paul

Approved:

s/ *Reginale B. Hall*
Reginale B. Hall
Supervisory U.S. Probation Officer